**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7231**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KELVIN BUTLER, a/k/a Bullet,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, District Judge.  (2:08-cr-00097-RBS-TEM-1)

Submitted:  March 14, 2019                    Decided:  March 18, 2019

Before WYNN and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kelvin Butler, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Butler appeals the district court's order denying his motion for "supervised release equitable tolling" under 18 U.S.C. § 3624(e) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Butler*, No. 2:08-cr-00097-RBS-TEM-1 (E.D. Va. Sept. 21, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
